**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6854**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

SHAWN KEITH BUDDEN,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  C. Weston Houck, Senior District Judge.  (4:94-cr-00297-CWH-5)

Submitted:  April 23, 2009       Decided:  April 29, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shawn Keith Budden, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Keith Budden appeals the district court's order denying his motion for modification of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Budden, No. 4:94-cr-00297-CWH-5 (D.S.C. May 29, 2008). See United States v. Hood, 556 F.3d 226 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED